344 A.2d 460

**COMMONWEALTH of Pennsylvania**

v.

**Lawrence GOODMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued April 10, 1975.

Decided Oct. 3, 1975.

Leslie Pinckney Hill, II, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Bonnie Leadbetter, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### ORDER

PER CURIAM.

Judgment affirmed.

JONES, C. J., took no part in the consideration or decision of this case.